# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 1953 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 60 DB 2015 |
| | : | |
| | : | Attorney Registration No. 41128 |
| v. | : | |
| | : | (Out of State) |
| CESAR ALVAREZ-MORENO, | : | |
| | : | |
| Respondent | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 21st day of September, 2016, upon consideration of the Report and Recommendations of the Disciplinary Board, Cesar Alvarez-Moreno is suspended from the Bar of this Commonwealth for a period of two years, and he shall comply with all the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).